# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY DWAYNE MURRAY, | ) | 1:07-CV-0489 AWI WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| SUSAN HUBBARD, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   April 16, 2007             /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE